# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Shirley J. Portegys

                                Plaintiff,

v.                                                           Case No.: 3:23−cv−50387

                                                                    Honorable Iain D. Johnston

Greenberg Consumer Law, LLC

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 5, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: Before the Court is Plaintiff's Motion for Entry of Default [5]. According to the docket, Defendant's authorized agent was personally served on 11/06/23. According to the Affidavit for Entry of Default [5−1], the Defendant is not an infant, not in the military and not an incompetent person. To date, Defendant has not answered or appeared. Accordingly, the Clerk is directed to enter an order of default against Defendant Greenberg Consumer Law, LLC under Federal Rule of Civil Procedure 55(a). By 01/10/24, Plaintiff's counsel shall file a written status report addressing when it anticipates it will have gathered enough information to file a motion for default judgment. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.