**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Shirley J. Portegys, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 C 50387 |
| v. | ) | |
| | ) | Judge Margaret J. Schneider |
| Greenberg Consumer Law, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER, REPORT AND RECOMMENDATION

      A hearing was held on March 21, 2024, on Plaintiff's motion for a default judgment [11]. The motion and notice of hearing were served on the Defendant's principal place of business and registered agent on March 4, 2024, by priority mail [15]. Defendant failed to appear at the hearing. The motion seeks judgment in the amount of $12,999.00 in actual damages, plus $2,821.65 for attorney's fees and costs, for a total judgment of $15,820.65. The motion includes account activity statements (proof of payments) [11-1], as well as an itemization of attorney's fees and an affidavit from counsel in support of the fees and costs sought [11-2], [11-3]. According to attorney Nathan C. Volheim's documentation and affidavit, he spent 5.7 hours in investigation, preparation, and motion drafting, at an hourly rate of $375.00, and a paralegal spent 1.5 hours filing and sending documents, at an hourly rate of $125.00 for a total of $2,325.00, plus $496.65 incurred in costs. The Court has reviewed counsel's affidavit and timesheets regarding billing records and determines that the hours spent were reasonable, as are counsel's billing rates and costs. Accordingly, it is this Court's Report and Recommendation that the District Court grant the Plaintiff's motion for a default judgment [11] and enter judgment in the amount of $15,820.65 in favor of the Plaintiff. Any objection is due by August 1, 2024. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: July 18, 2024                     ENTER:

                                                                              United States Magistrate Judge