UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Shirley J. Portegys | ) | |
| Plaintiffs, | ) | No. 23 CV 50387 |
| | ) | Judge Iain D. Johnston |
| v. | ) | |
| | ) | |
| Greenberg Consumer Law, LLC, | ) | |
| Defendant. | ) | |

**ORDER**

     Before the Court is Magistrate Judge Schneider's Report and Recommendation [17] that the plaintiff's motion for default judgment [11] be granted. The plaintiff personally served defendant Greenberg Consumer Law, LLC's registered agent on 11/6/2023. Dkt. 4. After the defendant failed to timely answer, the Clerk entered an order of default. Dkt. 7. The plaintiff then served a motion for a default judgment on the defendant along with notice of presentment of the motion to Judge Schneider, but the defendant did not appear. Dkt. 16. Judge Schneider then entered her Report and Recommendation, which the plaintiff served by certified mail on the defendant's registered agent. Dkt. 22. The defendant had to 9/3/2024 to object, Dkt. 21, but to date has not done so. In the absence of any objection, the Court accepts Judge Schneider's Report and Recommendation [17], and grants plaintiff Shirley Portegys' motion for default judgment [11]. Judgment is entered in the total amount of $15,820.65, which consists of actual damages in the amount of $12,999.00, costs in the amount of $496.65, and reasonable fees as allowed under 15 U.S.C. § 1679g(a)(3), 815 ILCS 605/11, and 225 ILCS 429/155(b), in the amount of $2,325.00. The Clerk of Court is directed to enter final judgment. This case is closed.

Date: 9/12/2024      By: _____
                                                      Iain D. Johnston
                                                      United States District Judge